UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 06-50138-01 |
| VERSUS | |
| MICHELE HALL | JUDGE TOM STAGG |

### ORDER TO TRANSFER REGISTRY FUNDS

On August 14, 2006, defendant, Michele Hall, was ordered to pay $4,000.00 cash bond under Magistrate Case Number 06-5118M-01 by Magistrate Judge Mark L. Hornsby. Defendant paid $4,000.00 on August 14, 2006 and these funds were deposited into the registry of this Court in an interest-bearing account.

On March 29, 2007, defendant was sentenced in the captioned matter and as part of her sentence, was ordered to pay $5,000.00 fine and $25.00 Crime Victim Fund. To date, defendant has paid a total of $1,025.00 on April 3, 2007, leaving a current balance due on her fine of $4,000.00.

IT IS HEREBY ORDERED that the United States Clerk of Court transfer the $4,000.00 currently being held in the registry of this Court to go toward the outstanding balance of the fine of $4,000.00.

FURTHER ORDERED that all interest earned in the registry account, less the assessment fee for the administration of funds, be sent to defendant, Michele Hall.

Shreveport, Louisiana, this 9th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE