PROB 35
(Rev 7/97)

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 9 2007

ROBERT H. SHEMWELL, CLERK
BY_____
        DEPUTY

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
# WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.                                                    Case No. 5:06-50138-001

Michele Hall

On <u>March 29, 2007,</u> above named was placed on Supervised Probation for a period of <u>eighteen (18) months</u>. The Defendant has complied with the rules and regulations of Supervised Probation and is no longer in need of supervision. It is accordingly recommended that the Defendant be discharged from supervision. The U.S. Attorney's Office was contacted regarding this action.

Respectfully submitted,

GERARD ZAPCZYNSKI
Supervising U.S. Probation Officer
Date: December 17, 2007

### ORDER OF COURT

Pursuant to the above report, it is ordered that the Defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19th day of <u>December</u>, 2007.

Tom Stagg
UNITED STATES DISTRICT JUDGE